# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cleary, Paul J. | 2. Court or Organization<br><br>NDOK | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FT Magistrate Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

US District Court
333 West Fourth St.
Tulsa, OK 74103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Okla. State University -- Teaching | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | World Publishing Co/B&H Media rp . -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MS Money Market | A | Interest | | | Sold | 10/28/13 | J | A | |
| 2. MS Van Kampen G&I B (Now Invesco VK G&I A) | A | Dividend | | | Sold | 10/28/13 | J | C | |
| 3. MS Van Kampen Comstock B (Now Invesco VK Comstock A) | A | Dividend | | | Sold | 10/28/13 | J | C | |
| 4. Tulsa World 401(k) ▨ | D | Int./Div. | | | Distributed | 05/13/13 | M | | |
| 5. Bank of America stock | A | Dividend | K | T | | | | | |
| 6. EMC Corp. stock | A | Dividend | K | T | Sold (part) | 08/05/13 | J | B | |
| 7. Ameriprise | E | Int./Div. | M | T | | | | | |
| 8. JP Morgan Chase stock | A | Dividend | K | T | | | | | |
| 9. Halliburton stock | A | Dividend | J | T | Sold (part) | 08/05/13 | J | C | |
| 10. Hewlitt Packard stock | A | Dividend | J | T | Sold (part) | 08/05/13 | J | A | |
| 11. Bank of America stock | A | Dividend | J | T | | | | | |
| 12. EMC stock | A | Dividend | J | T | | | | | |
| 13. Chevron stock | A | Dividend | K | T | | | | | |
| 14. Royal Dutch Shell stock | A | Dividend | K | T | | | | | |
| 15. Citigroup stock | A | Dividend | J | T | | | | | |
| 16. Morgan Stanley stock | A | Dividend | J | T | | | | | |
| 17. JP Morgan stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of New York Mellon stock | A | Dividend | J | T | | | | | |
| 19. General Electric stock | A | Dividend | J | T | | | | | |
| 20. Halliburton stock | A | Dividend | J | T | | | | | |
| 21. Hewlett Packard stock | A | Dividend | J | T | | | | | |
| 22. Motorola Solutions stock | A | Dividend | J | T | | | | | |
| 23. Pfizer | A | Dividend | J | T | | | | | |
| 24. AIM Growth CNSAX | A | Dividend | J | T | | | | | |
| 25. CR Suisse Commodity CRSAX | A | Dividend | J | T | | | | | |
| 26. MFS Intl Valu MGIAX | A | Dividend | K | T | Buy | 03/07/13 | K | | |
| 27. AIM Invesco Bal Risk Alloc Cl A ABRZX | A | Dividend | K | T | | | | | |
| 28. Eaton Glb Mkt EGRAX | A | Dividend | K | T | | | | | |
| 29. Blackrock Emerging Mkt BLSAX | A | Dividend | J | T | Buy | 03/07/13 | J | | |
| 30. Eaton Emerging EEIAX | A | Dividend | J | T | | | | | |
| 31. Neuberger & Berman Eq Assets Genesis | A | Dividend | J | T | | | | | |
| 32. Wells Fargo Adv Gwth SGRAX | A | Dividend | K | T | | | | | |
| 33. IVY Asset Strategy WASAX | A | Int./Div. | | | Sold | 03/06/13 | K | D | |
| 34. Blkrock Glb MDLOX | A | Dividend | K | T | Sold (part) | 03/17/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fid Adv Small Cap A mut fund FSCDX | A | Dividend | K | T | | | | | |
| 36. Virtus Emg Markets Opps A mut fund HEMZX | A | Dividend | K | T | | | | | |
| 37. Corp Prop Assoc 17 REIT | A | Dividend | K | T | | | | | |
| 38. OK Svgs 529 Global Eq Index ▇ mut fund | A | Dividend | J | T | Distributed (part) | 02/06/13 | J | A | |
| 39. OK Savings 529 Global Eq Index ▇ mut fund | A | Dividend | J | T | Distributed (part) | 06/21/13 | J | A | |
| 40. OK Svgs 529 Managed Allocation ▇ mut fund | A | Dividend | J | T | Distributed (part) | 09/12/13 | J | A | |
| 41. OK Svgs 529 Bal Op ▇ | B | Dividend | | | Distributed | 09/12/13 | J | A | |
| 42. Bank of America cash acct (X) | A | Interest | J | T | | | | | |
| 43. OK Savgs 529 Managed Allocation (CCC) | A | Dividend | | | Merged (with line 40) | 09/12/13 | J | A | |
| 44. OK Svgs 529 Global Alloc (CCC) | A | Dividend | | | Merged (with line 39) | 09/12/13 | J | A | |
| 45. BH Media 401(k) ▇ | B | Int./Div. | M | T | Spinoff (from line 4) | 05/13/13 | M | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cleary, Paul J. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 5-6 & 8-10:  Stock held in JTWROS ████████████████ tenancy was created in 2006.

Lines 11-23:  Trust No. 1 -- Educational trust established by ████ in 2006 for ████████████ Relative is Trustee.  No Agreement reported in Part II because filer is not Trustee.

B&H Media purched World Publishing Co. in 2013. ██████ employment reflects approximately one-half year salary from World Publishing and one-half year from B&H.  In addition, ██████ 401(k0 was rolled over from World Publishing to B&H in May 2013.  [See lines 4 & 45].

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul J. Cleary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544